# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  September 18, 2014            517941
_____

In the Matter of the Claim of
    FAHIMA MANZOOR,
                    Appellant.

                                        MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  August 4, 2014

Before:  Peters, P.J., Stein, McCarthy, Garry and Rose, JJ.

_____

        Fahima Manzoor, Hauppauge, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed October 31, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because her employment was terminated due to misconduct.

        Decision affirmed.  No opinion.

        Peters, P.J., Stein, McCarthy, Garry and Rose, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court